IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| STRANGE MUSIC, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 10-0115-CV-W-ODS |
| ) | |
| JEFF ANDERSON, ) | |
| ) | |
| Defendant. ) | |

ORDER AND OPINION DENYING DEFENDANT'S MOTION FOR JUDGMENT

Plaintiff's Complaint asserts claim for trademark infringement, unfair competition, and trademark dilution, stemming from Defendant's use of Plaintiff's name, trademarks and logos. Defendant, acting pro se, filed a Motion for Judgment asserting that he is the proper owner of the marks and logos and that he is not violating the Plaintiff's marks and logos because he has merely created "visual art."

At best, Defendant's arguments amount to a claim for summary judgment under Rule 56. Even then, the arguments are inadequate because they do not identify any uncontroverted facts or contain a legal discussion demonstrating he is entitled to judgment as a matter of law. Accordingly, the motion (Doc. # 7) is denied.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
DATE: May 24, 2010                        UNITED STATES DISTRICT COURT